# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**BRELON JACKSON**                                                                             **PLAINTIFF**

**V.**                   **NO. 4:21-CV-01189-JTK**

**KILOLO KIJAKAZI, ACTING COMMISSIONER OF**
**SOCIAL SECURITY ADMINISRATION**                   **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that judgment be entered for the Plaintiff, reversing the decision of the Commissioner, and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 29th day of September, 2022.

_____
UNITED STATES MAGISTRATE JUDGE