# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

BRELON JACKSON                                                                       PLAINTIFF

v.                          Case No. 4:21-CV-01189-JTK

KILOLO KIJAKAZI,                                                   DEFENDANT
*Acting Commissioner*
Social Security Administration

## ORDER

Pending before the Court is Plaintiff Brelon Jackson's Motion for Attorney's Fees pursuant to the Equal Access to Justice Act ("EAJA"). (Doc. No. 19) Mr. Jackson requests a total of $3,894.19 (which includes $3,848.90 in fees and $45.29 in expenses). (Doc. No. 19) Defendant does not object to this award. (Doc. No. 22) After careful consideration, the Court finds that Mr. Jackson should be awarded reasonable attorney's fees.

EAJA fees are payable to plaintiffs, not plaintiffs' attorneys, and such fees are subject to an offset when a plaintiff has outstanding federal debts. *See Astrue v. Ratliff*, 560 U.S. 586, 589 (2010). Therefore, subject to any offset, payment by check to the order of Mr. Jackson, in care of his attorney, will issue to his attorney.

Accordingly, the Motion for Attorney's Fees pursuant to the EAJA (Doc. No. 19) is GRANTED. Mr. Jackson is awarded $3,894.19.

SO ORDERED THIS 16th day of December, 2022.

                                               JEROME T. KEARNEY
                                               UNITED STATES MAGISTRATE JUDGE